*The Court acknowledges the Notice of Voluntary Dismissal without Prejudice, dkt. 30. JPH, 2/22/2022 Distribution via ECF.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| STACEY CRIMANS, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>vs.<br><br>HEALTH & HOSPITAL CORPORATION OF MARION COUNTY d/b/a ESKENAZI HEALTH,<br><br>                     Defendant. | No. 1:21-cv-02906-JPH-MPB<br><br>CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |